IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WASABI LUGO, LLC,

      Appellant,

v.

    Case No.  5D23-114
    LT Case No. 2012-CA-7320

RETAIL ASSETS, INC. AND SISTER
& BROTHER I, INC., D/B/A WATAMI
FUSION RESTAURANT,

      Appellees.

_____/

Decision filed March 28, 2023

Appeal  from  the  Circuit Court
for Duval County,
Marianne L. Aho, Judge.

Donald E. Pinaud, Jr.,  of  All  Florida
Justice,  LLC, Jacksonville, for Appellant.

William  L.  Grimsley and Kimberly Held
Israel, of McGlinchey Stafford,
Jacksonville, for Appellee, Retail Assets,
Inc.

No Appearance for Other Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, HARRIS and KILBANE, JJ., concur.